

SEALED
FILED
DEC 03 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN K. DELANEY
   ANGELA A. SCOTT
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA   93721
   Telephone:  (559) 497-4000
5  Facsimile:  (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15 CR 00341 LJO SKO |
|---|---|
| Plaintiff, | MOTION AND ~~PROPOSED~~ ORDER TO SEAL INDICTMENT |
| v. | |
| JOHNNY HERNANDEZ, ET AL., | |
| Defendants. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on December 3, 2015, charging the above defendants with:  21 U.S.C. §§846 & 841(a)(1) - CONSPIRACY TO DISTRIBUTE AND POSSESS WITH THE INTENT TO DISTRIBUTE METHAMPHETAMINE; 21 U.S.C. § 841(a)-Possession With Intent ot Distribute; 18 U.S.C. § 922(g)(1); 21 U.S.C. § 853; 28 U.S.C. § 2461 - CRIMINAL FORFEITURE,  be kept secret until the defendants named in this Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the

1  defendants are in custody or have been given bail, that no person
2  shall disclose the findings of the Indictment or any warrant issued
3  pursuant thereto, except when necessary for the issuance and
4  execution of the warrants.

5  DATED: December 3, 2015          Respectfully submitted,

6                                   BENJAMIN B. WAGNER
7                                   United States Attorney

8                         By        /s/ Kimberly A. Sanchez
                                    KIMBERLY A. SANCHEZ
9                                   Assistant U.S. Attorney

10

11     IT IS SO ORDERED.

12  Dated:   December 3, 2015        _____
13                                   U.S. Magistrate Judge

Motion to Seal Indictment                    2