# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

FEB 23 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

United States of America )
vs. ) **Case No.** 1:15CR00341-LJO-SKO
Jose Benny Hernandez )
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I,_____Jose Benny Hernandez_____, have discussed with _____Zaren Craddock_____, Pretrial Services Officer, modifications of my release conditions as follows:

You shall participate in a program of medical or psychiatric treatment, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Jose Hernandez_   _2-17-16_          _____   _2-17-16_
Signature of Defendant    Date             Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                    _2-17-16_
Signature of Assistant United States Attorney     Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    _2-19-2016_
Signature of Defense Counsel                   Date

## ORDER OF THE COURT

X: The above modification of conditions of release is ordered, to be effective on _2·22·2016_ .

___ The above modification of conditions of release is *not* ordered.

_____                    _2-22-16_
Signature of Judicial Officer                   Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services