UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHNNY HERNANDEZ, *et al.*,<br><br>　　　　　Defendants. | 1:15-cr-00341-LJO-SKO<br><br>**ORDER ON PENDING MOTION TO DISMISS ANCILLARY PETITION** (ECF Doc. 79) |

　　　The Court has received and reviewed the Government's Motion to Dismiss filed on October 31, 2017, with a hearing date set for December 4, 2017. Let it be known that missed deadlines are not tolerated. Should Defendants Catalina Olivas and/or Lorena Vizcarra wish to oppose the pending motion, thorough opposition(s) must be filed timely in accordance with Local Rule 430.1. Patterns of non-compliance with the rules governing procedure are not rewarded with continuances.

IT IS SO ORDERED.

　　Dated: __November 1, 2017__　　　　　___/s/ Lawrence J. O'Neill___
　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE